905 A.2d 876

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BATISTA RODRIGUEZ, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 876

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DERIC ROWE, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 876

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES SMITH, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).